UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80026-CIV-ZLOCH

IN RE: SUBPOENA TO MASON
WAYS INDESTRUCTIBLE PLASTICS,

_____

FORTE PRODUCT SOLUTIONS,

    Plaintiff,

**FINAL ORDER OF DISMISSAL**

vs.

MATT FRANK and TAILORED
SOLUTIONS GROUP,

    Defendants.
_____/

THIS MATTER is before the Court upon the Joint Notice Of Settlement Of Claims (DE 12), filed herein by all Parties, which the Court construes as a Stipulation Of Dismissal. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Notice Of Settlement Of Claims (DE 12), filed herein by all Parties, which the Court construes as a Stipulation Of Dismissal, be and the same is hereby approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED**; and

3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this __10th__ day of February, 2014.

                                    /s/ William J. Zloch
                                  WILLIAM J. ZLOCH
                                  United States District Judge

Copies furnished:

All Counsel of Record